Miyoko Sakashita (Cal. Bar # 239639)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: (510) 844-7108
Fax: (510) 844-7150
Email: miyoko@biologicaldiversity.org

Lalli Venkatakrishnan (Cal. Bar # 323747)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 676-0348
Fax: (510) -844-7150
Email: lvenkat@biologicaldiversity.org

*Attorney for Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY And TURTLE ISLAND RESTORATION NETWORK, non-profit corporations,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the United States Department of Interior and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants. | Civ. No: 3:21-cv-01182-JCS<br><br>**AFFIDAVIT OF SERVICE** |

　　　　I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

　　　　Complaint
　　　　Issued Summons
　　　　Civil Cover Sheet
　　　　Corporate Disclosure Statement
　　　　Order Setting Initial Case Management Conference and ADR Deadlines
　　　　Notice of Assignment of Case to a United States Magistrate Judge for Trial
　　　　Consent or Declination to Magistrate Judge Jurisdiction
　　　　Standing Order Regarding Covid-19 Procedures – Magistrate Judge Spero
　　　　Civil Standing Orders for Magistrate Judge Spero

Example of Trial Exhibit Tab
Standing Order for All Judges of the No. Dist. of Calif.
Brochure – Consenting to the Jurisdiction of a Magistrate Judge
ECF Registration Information

On February 23, 2021, the above-listed documents were sent by certified mail, electronic return receipt requested, to the following parties:

Scott de la Vega, Acting Secretary
U.S. Department of Interior
1849 C Street, NW
Washington, D.C. 20240

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, D.C. 20240

Civil Process Clerk
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

The Attorney General received the documents on March 2, 2021. The U.S. Fish and Wildlife Service received the documents on March 10, 2021. Acting Secretary de la Vega received the documents on March 11, 2021. The U.S. Attorney's Office received the documents on March 17, 2021. Receipts and delivery confirmation are attached as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2021                    Respectfully submitted,

                                          s/ *Cynthia Elkins*
                                         Cynthia Elkins, Paralegal
                                         CENTER FOR BIOLOGICAL DIVERSITY
                                         PO Box 220
                                         Whitethorn, CA 95589

# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

Certified Mail Fee  $3.60
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☑ Return Receipt (electronic)        $ $1.75
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage  $2.80
Total Postage and Fees  $8.15    02/23/2021

Sent To  Scott de la Vega, Dep't of Int.
Street and Apt. No., or PO Box No.  1849 C ST, NW
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

Certified Mail Fee  $3.60
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☑ Return Receipt (electronic)        $ $1.75
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage  $2.80
Total Postage and Fees  $8.15    02/23/2021

Sent To  US Fish & Wildlife Serv.
Street and Apt. No., or PO Box No.  1849 C ST.
City, State, ZIP+4  Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Francisco, CA 94102

Certified Mail Fee  $3.60
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☑ Return Receipt (electronic)        $ $1.75
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage  $2.80
Total Postage and Fees  $8.15    02/23/2021

Sent To  Civil Process Clerk, US Attorney
Street and Apt. No., or PO Box No.  450 Golden Gate Ave.
City, State, ZIP+4  San Francisco, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee  $3.60
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☑ Return Receipt (electronic)        $ $1.75
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage  $2.80
Total Postage and Fees  $8.15    02/23/2021

Sent To  Attorney General, Dept. of Justice
Street a  950 Pennsylvania Ave, NW
City, Sti  Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



March 11, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 6030 7575**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 11, 2021, 11:02 am |
| **Location:** | WASHINGTON, DC 20018 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 10.0oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 **UNITED STATES POSTAL SERVICE**

March 11, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 6030 7582**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 10, 2021, 11:53 am |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 10.0oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 18, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 6030 7599**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | March 17, 2021, 12:34 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 10.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 450 GOLDEN GATE AVE |
| **City, State ZIP Code:** | SAN FRANCISCO, CA 94102-3661 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES**
**POSTAL SERVICE**

March 4, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 6030 7605**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | March 2, 2021, 4:56 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 10.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004