# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and TURTLE ISLAND RESTORATION NETWORK, <br><br> Plaintiffs, <br><br> v. <br><br> U.S FISH AND WILDLIFE SERVICE, and DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior, <br><br> Defendants. | Case No. 3:21-cv-01182-JCS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

This matter comes before the Court on Defendants' Motion to Dismiss. After review of the motion, the supporting memorandum, and all oppositions, responses, and replies thereto, it is hereby ORDERED that the Defendants' Motion to Dismiss is GRANTED. The Court DISMISSES without prejudice Plaintiff's Complaint for lack of standing and failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

DATED this ___ day of _____, 2021.

_____
JOSEPH C. SPERO
Chief Magistrate Judge